FILED: October 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2051
(2:20-cv-00487)

_____

ROCKWELL MINING, LLC; BLACKHAWK LAND AND RESOURCES, LLC

    Plaintiffs - Appellees

v.

POCAHONTAS LAND LLC

    Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
|---|---|
| Originating Case Number | 2:20-cv-00487 |
| Date notice of appeal filed in originating court: | 10/16/2024 |
| Appellant(s) | Pocahontas Land LLC |
| Appellate Case Number | 24-2051 |
| Case Manager | Karen Stump<br>804-916-2704 |