# No. 24-2051 (L)

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **ROCKWELL MINING, LLC;** <br> **BLACKHAWK LAND AND** <br> **RESOURCES, LLC,** <br>     *Plaintiffs - Appellees*, <br><br> v. <br><br> **POCAHONTAS LAND LLC,** <br>     *Defendant - Appellant*. | On Appeal from a final judgement of the United State District Court for the Southern District of West Virginia, No. 2:20-cv-00487 |

### JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

COMES NOW the Appellant and Cross-Appellee, Pocahontas Land, LLC, and the Appellees and Cross-Appellants Rockwell mining, LLC, and Blackhawk Land and Resources, LLC, under Local Rule 30(c), and respectfully move this Court for leave to file a supplemental appendix in this case, and in support thereof state as follows:

1. Per this Court's briefing order dated December 16, 2024, Appellant's Opening Brief and Joint Appendix was due on January 10, 2025. (ECF No. 18).

2. Pursuant to Rule 30 of the Federal Rules of Appellate Procedure, Appellant endeavored to prepare the Joint Appendix in this case. Counsel for

        Appellant worked with counsel for Appellees to identify the contents of the Joint Appendix within the timeframes set forth in Rule 30(b).

3. Inclusive of Appellees' designations, the Joint Appendix exceeded 8,000 pages.

4. Appellant filed its opening brief and Joint Appendix timely on January 10, 2025.

5. Appellant later filed a corrected appendix on January 14, 2025, to resolve issues related to the submission of the sealed appendix in this matter.

6. On January 31, 2025, counsel for Appellees notified counsel for Appellant that certain exhibits to Plaintiff's Motion for Summary Judgment, filed on November 22, 2021, in the District Court below, were not included in the Joint Appendix. The exhibits had been designated for inclusion in the Joint Appendix by the Appellees prior to the filing of the Joint Appendix.

7. Local Rule 30(c) provides that: "[i]f a party files a motion for leave to file a supplemental appendix, the motion must specifically identify the contents of the supplemental appendix, state that the items are matters of record, and set forth good cause why the original appendix should not be returned for insertion of the additional materials."

8. The documents which the parties seek to file in the supplemental appendix are the following twenty-seven exhibits to Plaintiff's Motion for Summary Judgment, filed on November 22, 2021, in the District Court below:

- Declaration of Laura Babiak in Support of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Summary Judgment

- Exhibit A – 1937 Lease

- Exhibit B – 2015 Consent and Amendment Agreement

- Exhibit C– Greg Wooten's Deposition Transcript Excerpts

- Exhibit D – Mark Ferguson's Rebuttal Expert Report

- Exhibit E – Dr. John Craynon's Expert Report

- Exhibit F – Dr. John Craynon's Rebuttal Expert Report

- Exhibit G – Seth Shwartz's Deposition Transcript Excerpts

- Exhibit H – Dr. Frank Scott's Deposition Transcript Excerpts

- Exhibit I – Jesse Parrish's Affidavit

- Exhibit J – Dr. Frank Scott's Rebuttal Expert Report

- Exhibit K – Seth Schwartz's Rebuttal Expert Report

- Exhibit L – Dr. Frank Scott's Expert Report

- Exhibit M – Docket No. 455 Filed *in In re Patriot Coal Corp., et al*., 69 (Bankr. No. 12-51502-E.D. Mo. 2012)

- Exhibit N – Docket No. 456 Filed in *In re Patriot Coal Corp., et al.*, No. 12-51502-69 (Bankr. E.D. Mo. 2012)

- Exhibit O – Docket No. 5169, the Confirmation Order filed in *In re Patriot Coal Corp., et al.*, No. 12-51502-69 (Bankr. E.D. Mo. 2012)

- Exhibit P – Docket No. 1615, the Confirmation Order filed in *In re Patriot Coal Corp., et al.*, No. 15-32450 (Bankr. E.D. Va. 2015)

- Exhibit Q – Docket No. 771 filed in *In re Patriot Coal Corp., et al.*, No. 15-32450 (Bankr. E.D. Va. 2015)

- Exhibit R – Docket No. 1476 filed in *In re Patriot Coal Corp., et al.*, No. 15-32450 (Bankr. E.D. Va. 2015)

- Exhibit S – Sub-Sublease between Blackhawk Land and Resources and Coronado Coal II, dated December 21, 2015

- Exhibit T – Acknowledgement of the Sub-Sublease between Blackhawk Land and Resources and Coronado Coal II

- Exhibit U – Assignment of the 1937 Lease from Eastern Associated Coal, LLC to Rockwell Mining, LLC, dated October 26, 2015

- Exhibit V – Assignment of the 1937 Lease from The Koppers Coal Co. to Eastern Gas and Fuel Associates, dated December 9, 1941

- Exhibit W – Assignment of the 1937 Lease from Eastern Gas and Fuel Associates to Eastern Associated Coal Corporation, dated January 1, 1966

- Exhibit X – Credit Line Deed of Trust between Rockwell Mining LLC and Cantor Fitzgerald Securities, dated January 22, 2020

- Exhibit Y – Credit Line Deed of Trust between Rockwell Mining, LLC and Midcap Funding IV Trust, dated January 22, 2020

- Exhibit Z – Summary of Plaintiffs' royalty payments made to Defendant beginning on June 1, 2020

9. The documents which the parties seek to file in the supplemental appendix are a matter of record in the United States District Court for the Southern District of West Virginia, case number 2:20-cv-00487, as they were attached as exhibits and filed alongside Plaintiff's November 22, 2021, Motion for Summary Judgment, Docket No. 105.

10. These documents were inadvertently omitted from the Joint Appendix.

11. Good cause exists to permit the filing of the supplemental appendix attached hereto in lieu of returning the original appendix for insertion of the additional materials due to the immense number of documents already existing in the Joint Appendix, the time and effort already expended in compiling the same, and because the Appellant has already submitted its

opening brief in this matter, which references the Joint Appendix as already filed.

12. Further, if the original Joint Appendix were returned for insertion of the additional materials, the Appellant's Opening Brief and the Appellees' Opening Brief, which is due on February 10, 2025, will make reference to two separate joint appendices.

13. The Appellant has acted in good faith to collaborate with Appellees to include the additional materials in the supplemental appendix.

WHEREFORE, the parties respectfully request that this Court permit them to file the attached supplemental appendix, which will contain the exhibits filed below and attached to Plaintiff's November 22, 2021, Motion for Summary Judgment.

/s/ *Gabriele Wohl*
J. Thomas Lane (WVSB #2138)
J. Mark Adkins (WVSB #7414)
Gabriele Wohl (WVSB #11132)
Zachary J. Rosencrance (WVSB #13040)
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 341-1100
tlane@bowlesrice.com
madkins@bowlesrice.com
gwohl@bowlesrice.com
zrosencrance@bowlesrice.com
*Counsel for Appellant/Cross-Appellee*

*/s/ Laura Babiak*
Brian A. Glasser (WVSB #6597)
Laura Babiak (WVSB #13581)
Benjamin Schwartzman, *pro hac vice*
BAILEY & GLASSER LP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
bglasser@baileyglasser.com
*Counsel for Appellees/Cross-Appellants*

## CERTIFICATE OF SERVICE

I, Gabriele Wohl, hereby certify that on this 4th day of February 2025, I served the preceding ***Joint Motion For Leave to File Supplemental Appendix*** upon counsel of record by electronically filing the same with the Clerk of this Court using the CM/ECF system which will send notification of such filing to counsel.

/s/ *Gabriele Wohl*
J. Thomas Lane (WVSB #2138)
J. Mark Adkins (WVSB #7414)
Gabriele Wohl (WVSB #11132)
Zachary J. Rosencrance (WVSB #13040)
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 341-1100
tlane@bowlesrice.com
madkins@bowlesrice.com
gwohl@bowlesrice.com
zrosencrance@bowlesrice.com